

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# **O R D E R**

Appellant's Motion for Leave to Withdraw Jon Parchman and K.C. Ghanean as Counsel for Appellant is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court